In The 



Court of Appeals



Ninth District of Texas at Beaumont


________________



NO. 09-08-00311-CR


NO. 09-08-00312-CR


 _____________________



KRESHUN VONDALE LOVE, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 258th District Court


Polk County, Texas


Trial Cause Nos. 19,494 and 19,495







MEMORANDUM OPINION


 On February 26, 2009, we abated the appeals to the trial court to determine whether
the appellant Kreshun Vondale Love (1) desires to continue his appeals. We have received the
supplemental reporter's records and supplemental clerk's records from the proceedings
conducted in the trial court. Accompanied by appellate counsel, appellant personally
appeared at the hearings and in open court expressed his desire to dismiss his appeals. 

 Before our opinions issued, the appellant personally stated in open court that he did
not want to appeal his convictions in Cause Nos. 19,494 and 19,495. The appellant has 
voluntarily abandoned his appeals. Accordingly the appeals are dismissed. See Tex. R. App.
P. 2, 42.2. 

 APPEALS DISMISSED. 

 
 ________________________________

 DAVID GAULTNEY

 Justice 

 

Opinion Delivered June 10, 2009 

Do not publish


Before Gaultney, Kreger, and Horton, JJ.
1. The appellant's name also appears in the record as "Kreshan Vondale Love."